IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JODIE A. DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-1013-CV-W-BP |
| ) | |
| ALPHAPOINTE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER pursuant to the parties' agreement and 28 U.S.C. § 1441(b)(2), the Motion to Remand, (Doc. 3), is **GRANTED** and this case is remanded to state court for lack of jurisdiction.

Dated : 1/2/2020

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk